848

No. 97, Misc. HARDT *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 99, Misc. JOHNSTON *v.* COCHRAN, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.

No. 100, Misc. PITTS *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 102, Misc. HAMMOND ET AL. *v.* KIRBY, JUDGE. Supreme Court of Arkansas. Certiorari denied. *Thad D. Williams* for petitioners.

No. 106, Misc. SANCHEZ *v.* HERITAGE, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Isabel L. Blair* for respondent.

No. 111, Misc. LUCERO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 114, Misc. NARUM *v.* UNITED STATES. Court of Claims. Certiorari denied. *Robert H. Reiter* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for the United States.

No. 115, Misc. HOOVER *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 116, Misc. LUZZI *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.